AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVIOUS BOYD,

                Plaintiff,

            V.

WARE STATE PRISON,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV523-055

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated August 23, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute, and all pending Motions are denied. Plaintiff is denied leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
HON. BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Date: August 23, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020